B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McFarlan, Darleen J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6611** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**241 White Oak Drive**<br>**Naperville, IL**<br>ZIP Code **60540** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as      business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information   *** Bradley S. Covey 6208786 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McFarlan, Darleen J.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McFarlan, Darleen J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darleen J. McFarlan**
Signature of Debtor  **Darleen J. McFarlan**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September  3, 2009**
Date

### Signature of Attorney*

X **/s/ Bradley S. Covey**
Signature of Attorney for Debtor(s)

**Bradley S. Covey 6208786**
Printed Name of Attorney for Debtor(s)

**Springer Brown Covey Gaertner & Davis, LLC**
Firm Name

**232 S. Batavia Ave.**
**Batavia, IL 60510**

_____
Address

**Email: bcovey@springerbrown.com**
**630-879-9559  Fax: 630-879-9394**
Telephone Number

**September  3, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Darleen J. McFarlan** _____   Case No. _____

Debtor(s)        Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Darleen J. McFarlan**
 **Darleen J. McFarlan**

Date:  **September  3, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darleen J. McFarlan**                                                    ,    Case No. _____

                                                Debtor

                                                Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 528,000.00 | | |
| B - Personal Property | Yes | 3 | 21,150.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 966,602.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 112,411.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 361,074.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 11 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,265.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,685.00 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| | Total Assets | | 549,150.00 | | |
| | | Total Liabilities | | 1,440,087.85 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Darleen J. McFarlan**
_____,      Case No. _____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Darleen J. McFarlan**                                      ,      Case No. _____
                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: 241 White Oak Drive, Naperville, IL** | **fee simple** | - | **528,000.00** | **948,702.00** |

|  |  |
|---|---|
| Sub-Total > | **528,000.00**    (Total of this page) |
| Total > | **528,000.00** |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Darleen J. McFarlan**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | **1,000.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking w/Standard Bank**  **checking w/American Chartered** | -  - | **600.00**  **300.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods & Furnshings** | - | **2,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Misc. Wearing Apparel** | - | **200.00** |
| 7.  Furs and jewelry. | | **Misc. Jewelry** | - | **50.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **4,150.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Darleen J. McFarlan**                                      ,    Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor owned 100% of the stock in Darleen's Interiors, Inc.** **Darleen's Interiors, Inc. filed for Chapter 7 in April, 2009.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Darleen J. McFarlan**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Vehicle:2006 GS 300 Lexus  (Vehicle has 50,000 miles and has been in two accidents.  Value is per CarMax appraisal.)** | - | 17,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >    (Total of this page) | 17,000.00 |
|---|---|---|
|  | Total > | 21,150.00 |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  **Darleen J. McFarlan**
_____,    Case No. _____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                  $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence: 241 White Oak Drive, Naperville, IL** | **735 ILCS 5/12-901** | **15,000.00** | **528,000.00** |
| **Cash on Hand** | | | |
| **Cash on Hand** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking w/Standard Bank** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **checking w/American Chartered** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. Household Goods & Furnshings** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Wearing Apparel** | | | |
| **Misc. Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |

Total:  **19,100.00**    **532,100.00**

  **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Darleen J. McFarlan**                                              ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2009 CH 0028885** | | | **7/05** | | | | | |
| **Creditor #: 1** **Bank of New York** **c/o The Wirbicki Law Group** **33 W. Monroe St., Ste. 1140** **Chicago, IL 60603** | - | | **First Mortgage** **Residence: 241 White Oak Drive, Naperville, IL** | | | | | |
| | | | Value $         **528,000.00** | | | | **551,343.00** | **23,343.00** |
| Account No. **Lein ID 3620-5164** | | | **11/13/08** | | | | | |
| **Creditor #: 2** **Exterior Design Inc.** **817 72nd St.** **Downers Grove, IL 60516** | - | | **mechanic's lien** **Residence: 241 White Oak Drive, Naperville, IL** | | | | | |
| | | | Value $         **528,000.00** | | | | **8,744.00** | **8,744.00** |
| Account No. **2009 L 000608** | | | **7/21/09** | | | | | |
| **Creditor #: 3** **In Bank** **c/o Ashack & Daudish, P.C.** **PO Box 526** **Oak Forest, IL 60452** | X - | | **Memorandum of Judgement** **Residence: 241 White Oak Drive, Naperville, IL** | | | | | |
| | | | Value $         **528,000.00** | | | | **388,615.00** | **388,615.00** |
| Account No. **17680018** | | | **Purchase Money Security** | | | | | |
| **Creditor #: 4** **SST** **Box 219913** **Kansas City, MO 64121** | X - | | **Vehicle:2006 GS 300 Lexus  (Vehicle has 50,000 miles and has been in two accidents.  Value is per CarMax appraisal.)** | | | | | |
| | | | Value $         **17,000.00** | | | | **17,900.00** | **900.00** |

**0**    continuation sheets attached

Subtotal
(Total of this page)          **966,602.00**          **421,602.00**

Total          **966,602.00**          **421,602.00**
(Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Darleen J. McFarlan**                                              ,    Case No. _____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Darleen J. McFarlan** _____ ,   Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 1<br>Illinois Dept. of Revenue<br>101 West Jefferson Street<br>PO Box 19015<br>Springfield, IL 62794-9015** | X | - | | **2006,2007 and 2008**<br><br>**sales tax** | | | | | 0.00 |
| | | | | | | | | **112,411.00** | **112,411.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00 | |
|---|---|---|---|
| | | **112,411.00** | **112,411.00** |
| | Total<br>(Report on Summary of Schedules) | 0.00 | |
| | | **112,411.00** | **112,411.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Darleen J. McFarlan**                                                     Case No. _____
                                                          ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **022809**<br><br>**Creditor #: 1**<br>**4ECARD.COM, Inc.**<br>**666 Dundee Road, Suite 1607**<br>**Northbrook, IL 60062** | X | - | **1999/2009**<br>**Marketing** | | | | **1,500.00** |
| Account No. **1817**<br><br>**Creditor #: 2**<br>**Active Foam Products**<br>**4358 South Knox Ave**<br>**Chicago, IL 60632** | X | - | **1999/2009**<br>**Trade debt** | | | | **126.02** |
| Account No. **9182**<br><br>**Creditor #: 3**<br>**AIS Network Corporation**<br>**1611 Colonial Parkway**<br>**Palatine, IL 60067** | X | - | **1999/2009**<br>**Trade debt** | | | | **60.00** |
| Account No. **none**<br><br>**Creditor #: 4**<br>**Allegra Print & Imaging**<br>**1163 E. Ogden Ave., Suite 505**<br>**Iroquois Center**<br>**Naperville, IL 60563** | X | - | **1999/2009**<br>**Marketing** | | | | **540.84** |

|  |  |
|---|---|
| __24__ continuation sheets attached | Subtotal<br>(Total of this page)    **2,226.86** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     S/N:27339-090811   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Darle002** | | | | 1999/2009 | | | | |
| Creditor #: 5 Ambella Home 2050 Stemmons Freeway Suite 11080 Dallas, TX 75207 | X | - | | Trade debt | | | | 995.00 |
| Account No. **839750676** | | | | 1999/2009 | | | | |
| Creditor #: 6 Architectural Digest PO Box 59056 Boulder, CO 80322-9056 | X | - | | Marketing | | | | 39.95 |
| Account No. **506169** | | | | 1999/2009 | | | | |
| Creditor #: 7 ARS 731 Distric Drive Itasca, IL 60143 | X | - | | Trade debt | | | | 400.00 |
| Account No. **102099** | | | | 1999/2009 | | | | |
| Creditor #: 8 Art & Frame Direct 114723 Satellite Orlando, FL 32837 | X | - | | Trade debt | | | | 4,031.88 |
| Account No. | | | | 2009 | | | | |
| Creditor #: 9 Ashack & Daudish, PC InBank Executive Offices PO Box 526 Oak Forest, IL 60452-0526 | X | - | | wage deduction | | | | 0.00 |

Sheet no. _**1**_ of _**24**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,466.83**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darleen J. McFarlan** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **630357371902** | | | 1999/2009 | | | | |
| **Creditor #: 10** **AT & T** **P.O. Box 8100** **Aurora, IL 60507-8100** | X | - | **Telephone** | | | | 791.36 |
| Account No. **256166026** | | | 1999/2009 | | | | |
| **Creditor #: 11** **AT & T Mobility** **P.O. Box 6463** **Carol Stream, IL 60197-6463** | X | - | **Telephone** | | | | 1,063.60 |
| Account No. **62602** | | | 1999/2009 | | | | |
| **Creditor #: 12** **Atlanta Thread Supply Co.** **695 Red Oak Road** **Stockbridge, GA 30281** | X | - | **Trade debt** | | | | 100.29 |
| Account No. | | | 2007-8 | | | | |
| **Creditor #: 13** **Bank of America** **P.O. Box 37279** **Baltimore, MD 21297-3279** | X | - | **Purchases on account** | | | | 6,835.31 |
| Account No. | | | 1999/2009 | | | | |
| **Creditor #: 14** **Bank of America** **PO Box 5270** **Carol Stream, IL 60197-5270** | X | - | **Credit card purchases** | | | | 0.00 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                8,790.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**                                    ,                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Case #2009 CH 002885** | | | **2009** | | | | |
| Creditor #: 15<br>Bank of New York<br>110 White Clay Ctr.<br>Newark, DE 19713 | X | - | **Notice Purposes Only** | | | | 0.00 |
| Account No. **159954** | | | **1999/2009** | | | | |
| Creditor #: 16<br>Beacon Hill<br>Attn:  Robert Allen<br>2660 Payshere Circle<br>Chicago, IL 60674 | X | - | **Trade debt** | | | | 1,878.09 |
| Account No. **079888** | | | **1999/2009** | | | | |
| Creditor #: 17<br>Beauti-Vue<br>Bristol Industry Plaza<br>Bristol, WI 53104 | X | - | **Trade debt** | | | | 5,613.23 |
| Account No. **none** | | | **1999/2009** | | | | |
| Creditor #: 18<br>Belniak Media, Inc.<br>739 Roosevelt Road<br>Building 8, Suite 216<br>Glen Ellyn, IL 60137 | X | - | **Marketing** | | | | 600.00 |
| Account No. | | | **2007/08** | | | | |
| Creditor #: 19<br>Capital One<br>P.O. 85167<br>Richmond, VA 23285-5167 | X | - | **Purchases on account** | | | | 20,278.23 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,369.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen J. McFarlan** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5291-0725-5112-5111** <br><br> **Creditor #: 20** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | X | - | | | **1999/2009** <br> **Credit card purchases** | | | | **5,627.00** |
| Account No. <br><br> **Creditor #: 21** <br> **Capital One** <br> **PO Box 790216** <br> **Saint Louis, MO 63179-0216** | X | - | | | **1999/2009** <br> **Credit card purchases** | | | | **0.00** |
| Account No. <br><br> **Creditor #: 22** <br> **Capital One** <br> **PO Box 34631** <br> **Seattle, WA 98124-1631** | X | - | | | **1999/2009** <br> **Credit card purchases** | | | | **0.00** |
| Account No. <br><br> **Creditor #: 23** <br> **Capital One** <br> **Box 85015** <br> **Richmond, VA 23285-5015** | X | - | | | **1999/2009** <br> **Credit card purchases** | | | | **0.00** |
| Account No. <br><br> **Creditor #: 24** <br> **Ce Ce Taylor** <br> **2480 West Branch Court** <br> **Naperville, IL 60565-5429** | X | - | | | **1999/2009** <br> **Customer** | | | | **0.00** |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,627.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen J. McFarlan**                                          ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | J C | | | | | |
| Account No. **13585** | | | | 1999/2009 | | | | |
| Creditor #: 25 Charles K. Schultz & Associates 1639 N. 75th Ave Elmwood Park, IL 60707 | X | - | | Tax Preparation | | | | 150.00 |
| Account No. | | | | 1999/2009 | | | | |
| Creditor #: 26 Chase Box 15153 Wilmington, DE 19886-5153 | X | - | | Credit card purchases | | | | 0.00 |
| Account No. **0554-0209** | | | | 2007/08 | | | | |
| Creditor #: 27 Chase Bank One Cardmember Service PO Box 15153 Wilmington, DE 19886 | X | - | | Purchases on account | | | | 7,649.74 |
| Account No. **2965** | | | | 1999/2009 | | | | |
| Creditor #: 28 Chef by Request 5100 Academy Drive Lisle, IL 60532 | X | - | | Purchases on account | | | | 386.75 |
| Account No. **none** | | | | 1999/2009 | | | | |
| Creditor #: 29 Chelsea Frank Group JEFFCO Furniture 5200 S. Main St. Salisbury, NC 28147 | X | - | | Trade debt | | | | 7,974.00 |

Sheet no. __5__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       16,160.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 9001510-1008 Creditor #: 30 Chicago Tribune Magazine Chicago Tribune 14839 Collections Center Drive Chicago, IL 60693 | X | - | | 1999/2009 Marketing | | | | 13,924.00 |
| Account No. Creditor #: 31 Classic Service Corp. 484 Treasure Drive Oswego, IL 60543 | X | - | | 1999/2009 Trade debt | | | | 340.00 |
| Account No. none Creditor #: 32 Cleaning Detail 1919 S. Highland Ave. Suite 137D Lombard, IL 60148 | X | - | | 1999/2009 Trade debt | | | | 3,240.00 |
| Account No. 784083 Creditor #: 33 Cox Manufacturing/ GE Capital Commerical Service P.O. Box 890011 Charlotte, NC 28289-0011 | X | - | | 1999/2009 Trade debt | | | | 464.57 |
| Account No. 16217-0309 Creditor #: 34 CT Group Commerical Travelers Building 70, Genesse St. Utica, NY 13502-3582 | X | - | | 1999/2009 Insurance | | | | 83.60 |

| Sheet no. _6__ of _24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 18,052.17 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Darleen J. McFarlan** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 35**<br>**Darleen's** | X | - | **1999/2009**<br>**Trade debt** | | | | 377.30 |
| Account No. **23602**<br><br>**Creditor #: 36**<br>**Decision Systems Plus, Inc.**<br>**1011 E. Touhy**<br>**Suite 170**<br>**Des Plaines, IL 60018** | X | - | **1999/2009**<br>**Trade debt** | | | | 120.00 |
| Account No. **C2008896**<br><br>**Creditor #: 37**<br>**Decorize, Inc.**<br>**P.O. Box 11176**<br>**Springfield, MO 65808-1176** | X | - | **1999/2009**<br>**Trade debt** | | | | 691.63 |
| Account No. **870191139/889591934**<br><br>**Creditor #: 38**<br>**DirecTV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060-0036** | X | - | **1999/2009**<br>**Utility Service** | | | | 65.90 |
| Account No. **C1746**<br><br>**Creditor #: 39**<br>**DoFix**<br>**No*Sew USA**<br>**1947 Iron Way**<br>**Sanford, MI 48657-9232** | X | - | **1999/2009**<br>**Trade debt** | | | | 289.24 |

Sheet no. __**7**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,544.07**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen J. McFarlan**                                              ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Creditor #: 40**<br>**Donna Zaharski**<br>**4450E. North Water Street**<br>**Apt. #1505**<br>**Chicago, IL 60611-5548** | X | - | | **1999/2009**<br>**Customer** | | | | 0.00 |
| Account No. <br><br>**Creditor #: 41**<br>**Dr. Eric Greenglass**<br>**9010 Enclave Drive**<br>**Willowbrook, IL 60527-6357** | X | - | | **1999/2009**<br>**Customer** | | | | 0.00 |
| Account No. **80042/080201**<br><br>**Creditor #: 42**<br>**Eastern Legends**<br>**8855 Flower Road**<br>**Rancho Cucamonga, CA 91730** | X | - | | **1999/2009**<br>**Trade debt** | | | | 4,340.00 |
| Account No. **0012585**<br><br>**Creditor #: 43**<br>**Fabricut**<br>**P.O. Box 470490**<br>**Tulsa, OK 74147-0490** | X | - | | **1999/2009**<br>**Trade debt** | | | | 13,399.45 |
| Account No. **none**<br><br>**Creditor #: 44**<br>**Ferguson Copeland (Direct)**<br>**P.O. Box 60926**<br>**Charlotte, NC 28260-0926** | X | - | | **1999/2009**<br>**Trade debt** | | | | 102.00 |

Sheet no. __**8**___ of __**24**___ sheets attached to Schedule of                             Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)    | 17,841.45 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen J. McFarlan** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **none** Creditor #: 45 Ferguson Copeland Ltd. P.O. Box 60926 Charlotte, NC 28260-0926 | X | - | | 1999/2009 Trade debt | | | | 634.50 |
| Account No. Creditor #: 46 Fifth Third Bank P.O. Box 740789 CC 1821 Cincinnati, OH 45274-0789 | X | - | | 2007/8 Credit card purchases | | | | 5,084.62 |
| Account No. Creditor #: 47 Fifth Third Bank P.O. Box 470789 CC 1813 Cincinnati, OH 45274-0789 | X | - | | 1999/2009 Credit card purchases | | | | 7,492.96 |
| Account No. 270833 Creditor #: 48 Fine Arts Lamps P.O. Box 918539 Orlando, FL 32891-8539 | X | - | | 1999/2009 Trade debt | | | | 4,907.73 |
| Account No. **none** Creditor #: 49 Fourrures Wolfie Furs Inc. 1435 Rue St. Alexandre Street Suite 340 Montreal, Quebec | X | - | | 1999/2009 Purchases on account | | | | 11,295.00 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,414.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**                                                    ,        Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Space #864** | | | | **April 2003** **Lease of Commerical Premises** | | | | |
| Creditor #: 50 **Fox River Commons Shopping Center** **285 W. Dundee Road** **Palatine, IL 60074** | X | - | | | | | | |
| | | | | | | | | 103,885.16 |
| Account No. **none** | | | | **1999/2009** **Trade debt** | | | | |
| Creditor #: 51 **Furniture Medic by Griss Services** **6399 Kindling Court** **Lisle, IL 60532** | X | - | | | | | | |
| | | | | | | | | 170.00 |
| Account No. **none** | | | | **1999/2009** **Trade debt** | | | | |
| Creditor #: 52 **Galaxy Design** **193 E. Altadena Drive** **Altadena, CA 91001** | X | - | | | | | | |
| | | | | | | | | 649.00 |
| Account No. **none** | | | | **1999/2009** **Trade debt** | | | | |
| Creditor #: 53 **Great Glacier South, Inc.** **P.O. Box 2546** **Joliet, IL 60434** | X | - | | | | | | |
| | | | | | | | | 139.28 |
| Account No. **none** | | | | **1999/2009** **Marketing** | | | | |
| Creditor #: 54 **Greenspring Media Group** **600 US Trust Building** **730 Second Avenue S** **Minneapolis, MN 55402** | X | - | | | | | | |
| | | | | | | | | 4,500.00 |

Sheet no. __10__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 109,343.44 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darleen J. McFarlan**                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **none** | | | 1999/2009 | | | | | |
| Creditor #: 55<br>Groot Industries<br>P.O. Box 309<br>Elk Grove Village, IL 60009 | X | - | Trade debt | | | | | 424.00 |
| Account No. **377354** | | | 1999/2009 | | | | | |
| Creditor #: 56<br>Guardian<br>P.O. Box 95101<br>Chicago, IL 60694-5101 | X | - | Trade debt | | | | | 47.06 |
| Account No. **17344** | | | 1999/2009 | | | | | |
| Creditor #: 57<br>Habersham/CIT<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | X | - | Trade debt | | | | | 1,165.50 |
| Account No. **10347** | | | 1999/2009 | | | | | |
| Creditor #: 58<br>Harden Furniture<br>Mill Pond Way<br>Mc Connellsville, NY 13401-1844 | X | - | Trade debt | | | | | 1,398.73 |
| Account No. **8997** | | | 1999/2009 | | | | | |
| Creditor #: 59<br>Hekman<br>1400 Buchanan, S.W.<br>Grand Rapids, MI 49507-1683 | X | - | Trade debt | | | | | 7,316.76 |

Sheet no. __11__ of __24__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)    **10,352.05**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen J. McFarlan**                                    ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none** <br><br> **Creditor #: 60** <br> **Herme Mailing Service, Inc.** <br> **1603 Rock Creek Blvd.** <br> **Joliet, IL 60431** | X | - | 1999/ <br> Marketing | | | | 1,265.91 |
| Account No. **none** <br><br> **Creditor #: 61** <br> **Home Depot** <br> **P.O. Box 4534** <br> **Carol Stream, IL 60197-4534** | X | - | 2008 <br> Purchases on account | | | | 3,507.35 |
| Account No. **none** <br><br> **Creditor #: 62** <br> **Hunzinger & Co.** <br> **6330 Belmont Road #2** <br> **Downers Grove, IL 60516** | X | - | 2008/2009 <br> Accounting Services | | | | 5,530.00 |
| Account No. 9002/0309---9001/0309 <br><br> **Creditor #: 63** <br> **In Bank** <br> **15533 S. Cicero Avenue** <br> **Oak Forest, IL 60452-3626** | X | - | 1999/2009 <br> Notice Purposes Only | | | | 0.00 |
| Account No. <br><br> **Creditor #: 64** <br> **Jesse White, Secretary of State, IL** <br> **Department of Business Services** <br> **501 2nd Street** <br> **Springfield, IL 62719** | X | - | 1999/2009 <br> Trade debt | | | | 78.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,381.26

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**                                    ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **none** | | | | | April 2009 | | | | |
| Creditor #: 65 **John Edmunds** **1743 Atwood Cr.** **Naperville, IL 60565** | X | - | | | **Paid for furniture on behalf of a customer of Debtor** | | | X | |
| | | | | | | | | | 8,100.00 |
| Account No. **Darini** | | | | | 1999/2009 | | | | |
| Creditor #: 66 **John Richard Collection, Inc.** **306 Eastman** **Greenwood, MS 38930** | X | - | | | **Trade debt** | | | | |
| | | | | | | | | | 963.82 |
| Account No. **3975487** | | | | | 1999/2009 | | | | |
| Creditor #: 67 **Kashmir Fabrics** **10844 Indian Head Industrial Blvd** **Saint Louis, MO 63132** | X | - | | | **Trade debt** | | | | |
| | | | | | | | | | 1,386.89 |
| Account No. **104&101974** | | | | | 1999/2009 | | | | |
| Creditor #: 68 **Kitchen Design 2000, Inc.** **84 Templeton Drive, Suite 101** **Oswego, IL 60543** | X | - | | | **Trade debt** | | | | |
| | | | | | | | | | 1,051.00 |
| Account No. **5004267** | | | | | 1999/2009 | | | | |
| Creditor #: 69 **Kravet - Portfolio Textiles** **P.O. Box 9000** **Bethpage, NY 11714-9000** | X | - | | | **Trade debt** | | | | |
| | | | | | | | | | 1,697.95 |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                13,199.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Darleen J. McFarlan** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0408660** <br><br> Creditor #: 70 <br> **Kravet Fabric Inc.** <br> **225 Central Ave.** <br> **Bethpage, NY 11714-4990** | X | - | 1999/2009 <br> **Trade debt** | | | | 522.14 |
| Account No. **none** <br><br> Creditor #: 71 <br> **LeBarge** <br> **2427 Penny Road** <br> **Suite 101** <br> **High Point, NC 27265** | X | - | 1999/2009 <br> **Trade debt** | | | | 684.29 |
| Account No. **D264** <br><br> Creditor #: 72 <br> **Leon's Fabrics, Inc.** <br> **2120 Warm Springs Road** <br> **Columbus, GA 31904** | X | - | 1999/2009 <br> **Trade debt** | | | | 564.30 |
| Account No. **9155-9156/11510** <br><br> Creditor #: 73 <br> **LUXE** <br> **3731 Fau Blvd** <br> **Boca Raton, FL 33431** | X | - | 1999/2009 <br> **Trade debt** | | | | 5,285.00 |
| Account No. **none** <br><br> Creditor #: 74 <br> **LZ Products, Inc.** <br> **2121 West 21st Street** <br> **Chicago, IL 60608** | X | - | 1999/2009 <br> **Trade debt** | | | | 578.34 |

Sheet no. _**14**_ of _**24**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,634.07

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**                                          ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **none**<br><br>Creditor #: 75<br>Maitland Smith<br>2427 Penny Road<br>P.O. Box 2085<br>High Point, NC 27261 | X | - | | | 1999/2009<br>Trade debt | | | | 3,783.58 |
| Account No. **205795**<br><br>Creditor #: 76<br>MDC Wallcoverings<br>8038 Solutions Center<br>Chicago, IL 60677-8000 | X | - | | | 1999/2009<br>Trade debt | | | | 2,365.91 |
| Account No. **none**<br><br>Creditor #: 77<br>MG Computer<br>4923 Main Street<br>Building 2<br>Downers Grove, IL 60515 | X | - | | | 1999/2009<br>Trade debt | | | | 2,042.74 |
| Account No.<br><br>Creditor #: 78<br>Michael Lacy Lacy & Lacy Assoc.<br>2 Mld America Plaza<br>Suite 1500<br>Oak Brook Plaza, IL 60181-4727 | X | - | | | 1999/2009<br>Misc. | | | | 0.00 |
| Account No. **none**<br><br>Creditor #: 79<br>Minuteman Press<br>1577 Naperville/Wheaton Rd.<br>Naperville, IL 60563 | X | - | | | 1999/2009<br>Marketing | | | | 291.20 |

Sheet no. __**15**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,483.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**
_____,     Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br><br>Creditor #: 80<br>MPS Partners, LLC<br>233 South Wacker Drive<br>#3500<br>Chicago, IL 60606 | X | - | 1999/2009<br>Consulting company | | | | 3,500.00 |
| Account No. **186526**<br><br>Creditor #: 81<br>Muzak, LLC<br>P.O. Box 71070<br>Charlotte, NC 28272-1070 | X | - | 1999/2009<br>Marketing | | | | 268.16 |
| Account No. **1343165**<br><br>Creditor #: 82<br>New Pros Communications<br>P.O. Box 740524<br>Cincinnati, OH 45274-0524 | X | - | 1999/2009<br>Marketing | | | | 274.70 |
| Account No. **none**<br><br>Creditor #: 83<br>Newton Transportation Co.<br>P.O. Box 649<br>Hudson, NC 28638 | X | - | 1999/2009<br>Trade debt | | | | 182.16 |
| Account No. **0090078**<br><br>Creditor #: 84<br>NHFA<br>3910 Tinsley Drive<br>Suite 101<br>High Point, NC 27265-3610 | X | - | 1999/2009<br>Trade debt | | | | 680.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,905.02

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **200391777280109** | | | | | 1999/2009 Utility Service | | | | |
| Creditor #: 85 Nicor Gas P.O. Box 416 Aurora, IL 60568-0001 | X | - | | | | | | | 240.06 |
| Account No. **219175667** | | | | | 1990/2009 Credit card purchases | | | | |
| Creditor #: 86 Nordstrom Box 79134 Phoenix, AZ 85062 | | - | | | | | | | 1,500.00 |
| Account No. **none** | | | | | 1999/2009 Trade debt | | | | |
| Creditor #: 87 Ogden Rug Gallery 407 Ogden Avenue Westmont, IL 60559 | X | - | | | | | | | 4,675.00 |
| Account No. **none** | | | | | 1999/2009 Marketing | | | | |
| Creditor #: 88 Oster Communications, LLC Main Street Promenade 55 South Main Street, Suite 300 Naperville, IL 60540 | X | - | | | | | | | 200.00 |
| Account No. | | | | | 1999/2009 Misc. | | | | |
| Creditor #: 89 Pamela Hidding 412 Ceasar Drive Barrington, IL 60010-4045 | X | - | | | | | | | 0.00 |

Sheet no. __**17**__ of __**24**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,615.06

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**                                          ,       Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none** <br><br>**Creditor #: 90** <br>**Paul Robert** <br>**Branch Banking & Trust Company** <br>**P.O. Box 890011** <br>**Charlotte, NC 28289-0011** | X | - | **1999/2009** <br>**Purchases on account** | | | | **15,659.19** |
| Account No. **DI880** <br><br>**Creditor #: 91** <br>**Platt Collections** <br>**11119 Rush Street** <br>**South El Monte, CA 91733** | X | - | **1999/2009** <br>**Trade debt** | | | | **1,815.00** |
| Account No. **none** <br><br>**Creditor #: 92** <br>**Prosource of Chicago** <br>**Trade Credit Service** <br>**P.O. Box 105525** <br>**Atlanta, GA 30348-5525** | X | - | **1999/2009** <br>**Trade debt** | | | | **6,154.04** |
| Account No. **21473** <br><br>**Creditor #: 93** <br>**Rachel's Collection, Inc.** <br>**57 Denton Ave.** <br>**Garden City Park, NY 11040** | X | - | **1999/2009** <br>**Trade debt** | | | | **1,835.00** |
| Account No. **none** <br><br>**Creditor #: 94** <br>**Rich Sistos Photography** <br>**P.O. Box 703** <br>**Itasca, IL 60143-0703** | X | - | **1999/2009** <br>**Marketing** | | | | **880.00** |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,343.23**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darleen J. McFarlan** _____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **032508** | | | | 1999/2009 | | | | |
| Creditor #: 95 **Rise Public Relations LLC** 641 S. Wesley Avenue Oak Park, IL 60304 | X | - | | Marketing | | | | |
| | | | | | | | | 1,500.00 |
| Account No. **31296** | | | | 1999/2009 | | | | |
| Creditor #: 96 **RM Coco** P.O. Box 1270 Cape Girardeau, MO 63702-1270 | X | - | | Trade debt | | | | |
| | | | | | | | | 3,098.76 |
| Account No. **159954** | | | | 1999/2009 | | | | |
| Creditor #: 97 **Robert Allen Fabric, Inc.** 2660 Payshere Circle Chicago, IL 60674 | X | - | | Trade debt | | | | |
| | | | | | | | | 383.51 |
| Account No. | | | | 1999/2009 | | | | |
| Creditor #: 98 **Ron Kopash** 14701 S. Smith Road Lockport, IL 60441-7474 | X | - | | Customer | | | | |
| | | | | | | | | 0.00 |
| Account No. **7291** | | | | 1999/2009 | | | | |
| Creditor #: 99 **Rowley Co., Inc.** P.O. Box 6010 Gastonia, NC 28056 | X | - | | Trade debt | | | | |
| | | | | | | | | 1,198.43 |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,180.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen J. McFarlan**                                         ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Creditor #: 100** <br> **Schaefer Greenhouses, Inc.** <br> **P.O. Box 1595** <br> **Aurora, IL 60507** | X | - | | 1999/2009 <br> Trade debt | | | | 421.55 |
| Account No. 1045237 <br><br> **Creditor #: 101** <br> **Schumacher & Company** <br> **P.O. Box 931887** <br> **Atlanta, GA 31193-1887** | X | - | | 1999/2009 <br> Trade debt | | | | 0.00 |
| Account No. 09018936 <br><br> **Creditor #: 102** <br> **Seabrook Wallcoverings, Inc.** <br> **P.O. Box 22597** <br> **Memphis, TN 38122** | X | - | | 1999/2009 <br> Trade debt | | | | 382.28 |
| Account No. 224537 <br><br> **Creditor #: 103** <br> **Shane's Office Supply** <br> **2717 Curtiss St** <br> **Downers Grove, IL 60515** | X | - | | 1999/2009 <br> Trade debt | | | | 331.62 |
| Account No. IL6054 <br><br> **Creditor #: 104** <br> **Soft-Tex** <br> **P.O. Box 278** <br> **428 Hudson River Road** <br> **Waterford, NY 12188** | X | - | | 1999/2009 <br> Trade debt | | | | 315.88 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,451.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen J. McFarlan**                                                    , Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditor #: 105** <br> **Steven F. Boucher** | X | - | **2009** <br> **Notice Purposes Only** | | | | 0.00 |
| Account No. **22750** <br><br> **Creditor #: 106** <br> **Stone Habitat** <br> **1712 North Aurora Road** <br> **Naperville, IL 60563** | X | - | **1999/2009** <br> **Trade debt** | | | | 1,900.46 |
| Account No. **5967-1108/1208** <br><br> **Creditor #: 107** <br> **Suburban Chicago Newpapers** <br> **6965 Payshere Circle** <br> **Chicago, IL 60674** | X | - | **1999/2009** <br> **Marketing** | | | | 3,138.00 |
| Account No. <br><br> **Creditor #: 108** <br> **Susan Niven** <br> **PO Box 39** <br> **Lockport, IL 60441-0039** | X | - | **1999/2009** <br> **Customer** | | | | 0.00 |
| Account No. <br><br> **Creditor #: 109** <br> **Terri Bardeson** <br> **61 Ogden Road** <br> **Ogden Dunes, IN 46368** | X | - | **1999/2009** <br> **Trade debt** | | | | 1,800.00 |

Sheet no. __**21**__ of __**24**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,838.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darleen J. McFarlan**                                                  , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 1999/2009 | | | | |
| Creditor #: 110 Terry Maulsby 76451 Donwood Drive Naperville, IL 60540-9556 | X | - | Customer | | | | |
| | | | | | | | 0.00 |
| Account No. **M59429** | | | 1999/2009 | | | | |
| Creditor #: 111 The CIT Group/Commercial Service 11 West 42nd Street New York, NY 10036-8002 | X | - | Misc. | | | | |
| | | | | | | | 0.00 |
| Account No. **Case #2009 CH 002885** | | | 2009 | | | | |
| Creditor #: 112 The Wirbicki Law Group 33 West Monroe Street Suite 1140 Chicago, IL 60603 | X | - | Notice Purposes Only | | | | |
| | | | | | | | 0.00 |
| Account No. **15035112** | | | 1999/2009 | | | | |
| Creditor #: 113 Thybony Wallcoverings 3720 N. Kedzie Ave. Chicago, IL 60618 | X | - | Trade debt | | | | |
| | | | | | | | 77.19 |
| Account No. | | | 1999/2009 | | | | |
| Creditor #: 114 Tim Mingus 3N943 Farmview Elburn, IL 60119 | X | - | Trade debt | | | | |
| | | | | | | | 584.00 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

661.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**                                    ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **47918**<br>**Creditor #: 115**<br>**TJ Maintenance**<br>**865 E. Lawrence Ave.**<br>**West Chicago, IL 60185** | X | - | **1999/2009**<br>**Misc.** | | | | 120.00 |
| Account No. **21816**<br>**Creditor #: 116**<br>**Tomlinson/Erwin-Lambeth, Inc.,**<br>**The CIT Group/BBC, Inc.**<br>**P.O. Box 1036**<br>**Charlotte, NC 28201** | X | - | **1999/2009**<br>**Marketing** | | | | 2,403.00 |
| Account No. **1105305**<br>**Creditor #: 117**<br>**Trend**<br>**9303 East 46th Street**<br>**Tulsa, OK 74145** | X | - | **1999/2009**<br>**Trade debt** | | | | 1,765.26 |
| Account No. **none**<br>**Creditor #: 118**<br>**UPS - United Parsel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | X | - | **1999/2009**<br>**Trade debt** | | | | 166.60 |
| Account No. **1976742934**<br>**Creditor #: 119**<br>**Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002** | X | - | **1999/2009**<br>**Telephone** | | | | 125.14 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **4,580.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darleen J. McFarlan**                                          ,          Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **173350** <br><br> **Creditor #: 120** <br> **WDS** <br> **N27 W23591 Paul Rd.** <br> **P.O. Box 697** <br> **Pewaukee, WI 53072-6097** | X | - | | | **1999/2009** <br> **Trade debt** | | | | 402.34 |
| Account No. **6647/7039** <br><br> **Creditor #: 121** <br> **West Suburban Living** <br> **775 Church Road** <br> **Elmhurst, IL 60126** | X | - | | | **1999/2009** <br> **Trade debt** | | | | 3,205.00 |
| Account No. **71110261** <br><br> **Creditor #: 122** <br> **WGN AM Radio 720** <br> **P.O. Box 98519** <br> **Chicago, IL 60693** | X | - | | | **1999/2009** <br> **Marketing** | | | | 5,900.00 |
| Account No. **30733** <br><br> **Creditor #: 123** <br> **York Wallcoverings** <br> **750 Linden Avenue** <br> **P.O. Box 5166** <br> **York, PA 17405** | X | - | | | **1999/2009** <br> **Trade debt** | | | | 1,104.82 |
| Account No. | | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 10,612.16 |
| Total <br> (Report on Summary of Schedules) | | 361,074.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Darleen J. McFarlan**                                                    ,    Case No. _____
                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Fox River commons Shopping Center** **see Schedule F** | **personal guarantee on lease of 864 S. Rt. 59, Naperville, IL** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   __Darleen J. McFarlan_____,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **4ECARD.COM, Inc.**<br>**666 Dundee Road, Suite 1607**<br>**Northbrook, IL 60062** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Active Foam Products**<br>**4358 South Knox Ave**<br>**Chicago, IL 60632** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **AIS Network Corporation**<br>**1611 Colonial Parkway**<br>**Palatine, IL 60067** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Allegra Print & Imaging**<br>**1163 E. Ogden Ave., Suite 505**<br>**Iroquois Center**<br>**Naperville, IL 60563** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Ambella Home**<br>**2050 Stemmons Freeway**<br>**Suite 11080**<br>**Dallas, TX 75207** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Architectural Digest**<br>**PO Box 59056**<br>**Boulder, CO 80322-9056** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **ARS**<br>**731 Distric Drive**<br>**Itasca, IL 60143** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Art & Frame Direct**<br>**114723 Satellite**<br>**Orlando, FL 32837** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Ashack & Daudish, PC**<br>**InBank Executive Offices**<br>**PO Box 526**<br>**Oak Forest, IL 60452-0526** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **AT & T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **AT & T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** |

**10**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Darleen J. McFarlan** _____ ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Atlanta Thread Supply Co.**<br>**695 Red Oak Road**<br>**Stockbridge, GA 30281** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Bank of America**<br>**P.O. Box 37279**<br>**Baltimore, MD 21297-3279** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Bank of America**<br>**PO Box 5270**<br>**Carol Stream, IL 60197-5270** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Bank of New York**<br>**110 White Clay Ctr.**<br>**Newark, DE 19713** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Beacon Hill**<br>**Attn:  Robert Allen**<br>**2660 Payshere Circle**<br>**Chicago, IL 60674** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Beauti-Vue**<br>**Bristol Industry Plaza**<br>**Bristol, WI 53104** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Belniak Media, Inc.**<br>**739 Roosevelt Road**<br>**Building 8, Suite 216**<br>**Glen Ellyn, IL 60137** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Capital One**<br>**P.O. 85167**<br>**Richmond, VA 23285-5167** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Capital One**<br>**PO Box 790216**<br>**Saint Louis, MO 63179-0216** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Capital One**<br>**PO Box 34631**<br>**Seattle, WA 98124-1631** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Capital One**<br>**Box 85015**<br>**Richmond, VA 23285-5015** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Ce Ce Taylor**<br>**2480 West Branch Court**<br>**Naperville, IL 60565-5429** |

Sheet __**1**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darleen J. McFarlan** _____,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Charles K. Schultz & Associates**<br>**1639 N. 75th Ave**<br>**Elmwood Park, IL 60707** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Chase**<br>**Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Chase Bank One**<br>**Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Chef by Request**<br>**5100 Academy Drive**<br>**Lisle, IL 60532** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Chelsea Frank Group**<br>**JEFFCO Furniture**<br>**5200 S. Main St.**<br>**Salisbury, NC 28147** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Chicago Tribune Magazine**<br>**Chicago Tribune**<br>**14839 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Classic Service Corp.**<br>**484 Treasure Drive**<br>**Oswego, IL 60543** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Cleaning Detail**<br>**1919 S. Highland Ave.**<br>**Suite 137D**<br>**Lombard, IL 60148** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Cox Manufacturing/**<br>**GE Capital Commerical Service**<br>**P.O. Box 890011**<br>**Charlotte, NC 28289-0011** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **CT Group**<br>**Commerical Travelers**<br>**Building 70, Genesse St.**<br>**Utica, NY 13502-3582** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Darleen's** |

Sheet __**2**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re    **Darleen J. McFarlan**                                              ,     Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Decision Systems Plus, Inc.**<br>**1011 E. Touhy**<br>**Suite 170**<br>**Des Plaines, IL 60018** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Decorize, Inc.**<br>**P.O. Box 11176**<br>**Springfield, MO 65808-1176** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **DirecTV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060-0036** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **DoFix**<br>**No*Sew USA**<br>**1947 Iron Way**<br>**Sanford, MI 48657-9232** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Donna Zaharski**<br>**4450E. North Water Street**<br>**Apt. #1505**<br>**Chicago, IL 60611-5548** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Dr. Eric Greenglass**<br>**9010 Enclave Drive**<br>**Willowbrook, IL 60527-6357** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Eastern Legends**<br>**8855 Flower Road**<br>**Rancho Cucamonga, CA 91730** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Fabricut**<br>**P.O. Box 470490**<br>**Tulsa, OK 74147-0490** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Ferguson Copeland (Direct)**<br>**P.O. Box 60926**<br>**Charlotte, NC 28260-0926** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Ferguson Copeland Ltd.**<br>**P.O. Box 60926**<br>**Charlotte, NC 28260-0926** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Fifth Third Bank**<br>**P.O. Box 740789**<br>**CC 1821**<br>**Cincinnati, OH 45274-0789** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Fifth Third Bank**<br>**P.O. Box 470789**<br>**CC 1813**<br>**Cincinnati, OH 45274-0789** |

Sheet __3__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Darleen J. McFarlan**
_____,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Fine Arts Lamps**<br>**P.O. Box 918539**<br>**Orlando, FL 32891-8539** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Fourrures Wolfie Furs Inc.**<br>**1435 Rue St. Alexandre Street**<br>**Suite 340**<br>**Montreal, Quebec** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Fox River Commons Shopping Center**<br>**285 W. Dundee Road**<br>**Palatine, IL 60074** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Furniture Medic by Griss Services**<br>**6399 Kindling Court**<br>**Lisle, IL 60532** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Galaxy Design**<br>**193 E. Altadena Drive**<br>**Altadena, CA 91001** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Great Glacier South, Inc.**<br>**P.O. Box 2546**<br>**Joliet, IL 60434** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Greenspring Media Group**<br>**600 US Trust Building**<br>**730 Second Avenue S**<br>**Minneapolis, MN 55402** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Groot Industries**<br>**P.O. Box 309**<br>**Elk Grove Village, IL 60009** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Guardian**<br>**P.O. Box 95101**<br>**Chicago, IL 60694-5101** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Habersham/CIT**<br>**P.O. Box 1036**<br>**Charlotte, NC 28201-1036** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Harden Furniture**<br>**Mill Pond Way**<br>**Mc Connellsville, NY 13401-1844** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Hekman**<br>**1400 Buchanan, S.W.**<br>**Grand Rapids, MI 49507-1683** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Herme Mailing Service, Inc.**<br>**1603 Rock Creek Blvd.**<br>**Joliet, IL 60431** |

Sheet __4__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Darleen J. McFarlan**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Home Depot**<br>**P.O. Box 4534**<br>**Carol Stream, IL 60197-4534** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Hunzinger & Co.**<br>**6330 Belmont Road #2**<br>**Downers Grove, IL 60516** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **In Bank**<br>**15533 S. Cicero Avenue**<br>**Oak Forest, IL 60452-3626** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Jesse White, Secretary of State, IL**<br>**Department of Business Services**<br>**501 2nd Street**<br>**Springfield, IL 62719** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **John Edmunds**<br>**1743 Atwood Cr.**<br>**Naperville, IL 60565** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **John Richard Collection, Inc.**<br>**306 Eastman**<br>**Greenwood, MS 38930** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Kashmir Fabrics**<br>**10844 Indian Head Industrial Blvd**<br>**Saint Louis, MO 63132** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Kitchen Design 2000, Inc.**<br>**84 Templeton Drive, Suite 101**<br>**Oswego, IL 60543** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Kravet - Portfolio Textiles**<br>**P.O. Box 9000**<br>**Bethpage, NY 11714-9000** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Kravet Fabric Inc.**<br>**225 Central Ave.**<br>**Bethpage, NY 11714-4990** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **LeBarge**<br>**2427 Penny Road**<br>**Suite 101**<br>**High Point, NC 27265** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Leon's Fabrics, Inc.**<br>**2120 Warm Springs Road**<br>**Columbus, GA 31904** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **LUXE**<br>**3731 Fau Blvd**<br>**Boca Raton, FL 33431** |

Sheet  **5**  of  **10**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Darleen J. McFarlan**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **LZ Products, Inc.**<br>**2121 West 21st Street**<br>**Chicago, IL 60608** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Maitland Smith**<br>**2427 Penny Road**<br>**P.O. Box 2085**<br>**High Point, NC 27261** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **MDC Wallcoverings**<br>**8038 Solutions Center**<br>**Chicago, IL 60677-8000** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **MG Computer**<br>**4923 Main Street**<br>**Building 2**<br>**Downers Grove, IL 60515** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Michael Lacy Lacy & Lacy Assoc.**<br>**2 Mid America Plaza**<br>**Suite 1500**<br>**Oak Brook Plaza, IL 60181-4727** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Minuteman Press**<br>**1577 Naperville/Wheaton Rd.**<br>**Naperville, IL 60563** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **MPS Partners, LLC**<br>**233 South Wacker Drive**<br>**#3500**<br>**Chicago, IL 60606** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Muzak, LLC**<br>**P.O. Box 71070**<br>**Charlotte, NC 28272-1070** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **New Pros Communications**<br>**P.O. Box 740524**<br>**Cincinnati, OH 45274-0524** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Newton Transportation Co.**<br>**P.O. Box 649**<br>**Hudson, NC 28638** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **NHFA**<br>**3910 Tinsley Drive**<br>**Suite 101**<br>**High Point, NC 27265-3610** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |

Sheet __6__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darleen J. McFarlan**                                                    ,   Case No. _____
                                                                 Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Ogden Rug Gallery**<br>**407 Ogden Avenue**<br>**Westmont, IL 60559** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Oster Communications, LLC**<br>**Main Street Promenade**<br>**55 South Main Street, Suite 300**<br>**Naperville, IL 60540** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Pamela Hidding**<br>**412 Ceasar Drive**<br>**Barrington, IL 60010-4045** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Paul Robert**<br>**Branch Banking & Trust Company**<br>**P.O. Box 890011**<br>**Charlotte, NC 28289-0011** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Platt Collections**<br>**11119 Rush Street**<br>**South El Monte, CA 91733** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Prosource of Chicago**<br>**Trade Credit Service**<br>**P.O. Box 105525**<br>**Atlanta, GA 30348-5525** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Rachel's Collection, Inc.**<br>**57 Denton Ave.**<br>**Garden City Park, NY 11040** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Rich Sistos Photography**<br>**P.O. Box 703**<br>**Itasca, IL 60143-0703** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Rise Public Relations LLC**<br>**641 S. Wesley Avenue**<br>**Oak Park, IL 60304** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **RM Coco**<br>**P.O. Box 1270**<br>**Cape Girardeau, MO 63702-1270** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Robert Allen Fabric, Inc.**<br>**2660 Payshere Circle**<br>**Chicago, IL 60674** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Ron Kopash**<br>**14701 S. Smith Road**<br>**Lockport, IL 60441-7474** |

Sheet __**7**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re   **Darleen J. McFarlan**                                        ,   Case No. _____
                                            **Debtor**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Rowley Co., Inc.**<br>**P.O. Box 6010**<br>**Gastonia, NC 28056** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Schaefer Greenhouses, Inc.**<br>**P.O. Box 1595**<br>**Aurora, IL 60507** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Schumacher & Company**<br>**P.O. Box 931887**<br>**Atlanta, GA 31193-1887** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Seabrook Wallcoverings, Inc.**<br>**P.O. Box 22597**<br>**Memphis, TN 38122** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Shane's Office Supply**<br>**2717 Curtiss St**<br>**Downers Grove, IL 60515** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Soft-Tex**<br>**P.O. Box 278**<br>**428 Hudson River Road**<br>**Waterford, NY 12188** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Steven F. Boucher** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Stone Habitat**<br>**1712 North Aurora Road**<br>**Naperville, IL 60563** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Suburban Chicago Newpapers**<br>**6965 Payshere Circle**<br>**Chicago, IL 60674** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Susan Niven**<br>**PO Box 39**<br>**Lockport, IL 60441-0039** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Terri Bardeson**<br>**61 Ogden Road**<br>**Ogden Dunes, IN 46368** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Terry Maulsby**<br>**76451 Donwood Drive**<br>**Naperville, IL 60540-9556** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **The CIT Group/Commercial Service**<br>**11 West 42nd Street**<br>**New York, NY 10036-8002** |

Sheet __8__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Darleen J. McFarlan**                           ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **The Wirbicki Law Group**<br>**33 West Monroe Street**<br>**Suite 1140**<br>**Chicago, IL 60603** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Thybony Wallcoverings**<br>**3720 N. Kedzie Ave.**<br>**Chicago, IL 60618** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Tim Mingus**<br>**3N943 Farmview**<br>**Elburn, IL 60119** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **TJ Maintenance**<br>**865 E. Lawrence Ave.**<br>**West Chicago, IL 60185** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Tomlinson/Erwin-Lambeth, Inc.,**<br>**The CIT Group/BBC, Inc.**<br>**P.O. Box 1036**<br>**Charlotte, NC 28201** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Trend**<br>**9303 East 46th Street**<br>**Tulsa, OK 74145** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **UPS - United Parsel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **WDS**<br>**N27 W23591 Paul Rd.**<br>**P.O. Box 697**<br>**Pewaukee, WI 53072-6097** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **West Suburban Living**<br>**775 Church Road**<br>**Elmhurst, IL 60126** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **WGN AM Radio 720**<br>**P.O. Box 98519**<br>**Chicago, IL 60693** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **York Wallcoverings**<br>**750 Linden Avenue**<br>**P.O. Box 5166**<br>**York, PA 17405** |

Sheet  **9**  of  **10**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Darleen J. McFarlan**                                              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **In Bank**<br>**c/o Ashack & Daudish, P.C.**<br>**PO Box 526**<br>**Oak Forest, IL 60452** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **SST**<br>**Box 219913**<br>**Kansas City, MO 64121** |
| **Darleen's Interiors, Inc.**<br>**241 White Oak Drive**<br>**Naperville, IL 60540** | **Illinois Dept. of Revenue**<br>**101 West Jefferson Street**<br>**PO Box 19015**<br>**Springfield, IL 62794-9015** |

Sheet __**10**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Darleen J. McFarlan__                                   Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | |
| Name of Employer | **Design Inspiration, Inc.** | |
| How long employed | **6 months** | |
| Address of Employer | **10 S. 059Schoger Drive #24 Naperville, IL 60564** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **3,999.67** | $ | **N/A** |
| 2. Estimate monthly overtime | | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **3,999.67** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **734.50** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **734.50** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,265.17** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,265.17** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **3,265.17** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re __Darleen J. McFarlan__        Case No. _____
                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,830.00 |
|    a. Are real estate taxes included?    Yes ___    No **X** | | |
|    b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 450.00 |
|                  b. Water and sewer | $ | 50.00 |
|                   c. Telephone | $ | 30.00 |
|                   d. Other **Cable/TV** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                   a. Homeowner's or renter's | $ | 110.00 |
|                   b. Life | $ | 0.00 |
|                   c. Health | $ | 320.00 |
|                   d. Auto | $ | 123.00 |
|                   e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify)    **Real-Estate Taxes** | $ | 900.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                   a. Auto | $ | 772.00 |
|                   b. Other | $ | 0.00 |
|                   c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,685.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,265.17 |
| b.    Average monthly expenses from Line 18 above | $ | 7,685.00 |
| c.    Monthly net income (a. minus b.) | $ | -4,419.83 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darleen J. McFarlan**
_____    Case No. _____
                                              Debtor(s)        Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **49** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September  3, 2009**_____        Signature    **/s/ Darleen J. McFarlan**_____
                                                            **Darleen J. McFarlan**
                                                            Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darleen J. McFarlan**              Case No. _____

                          Debtor(s)         Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$35,538.00** | **2009 YTD: Debtor Design Inspiration, Inc. & Darleens Interiors** |
| **$151,000.00** | **2008: Debtor Darleens Interiors** |
| **$151,000.00** | **2007: Debtor Darleens Interiors** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Capital One | 6/09-8/09 | $1,500.00 | $0.00 |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of New York vs Darleen J. McFarlan Case #2009 CH 002885 | Collections | County of Dupage, IL. | Pending |
| InBank of Illinois Banking Corporation vs Darleen J. McFarlan Case # 2009 L 608 | Collections | County of Dupage, IL. | Pending |
| Fox Valley Commons Shopping Center LLC v. D Hazelton, Inc. | forcible entry and detainer | DuPage County, IL | pending |

None **b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■ returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None **a.** Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■ this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■ and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■ **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer,Brown,Covey,Gaertner & Davis**<br>**232 S. Batavia Ave.**<br>**Batavia, IL 60510** | **7/2009** | **$3501.** |
| **Springer Brown Covey Gaertner & Davis, L**<br>**232 S. Batavia Ave.**<br>**Batavia, IL 60510** | **3/16/09** | **$5,000 for the bankruptcy of Debtor's corporation (Darleen's Interiors, Inc.)** |

**10. Other transfers**

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■   the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐   ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Darleen's Interiors, Inc.** | | **864 S. Rt. 59 Naperville, IL 60540** | **interior design** | **1989-3/09** |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐   supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Hunzinger & Co., C.P.A. 6330 Belmont Rd., Unit #2 Downers Grove, IL 60516** | **1994-2009** |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■   of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None □ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Hunzinger & Co. C.P.A.** | **same as above** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|-------------------------------------------------------|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September  3, 2009**                     Signature    **/s/ Darleen J. McFarlan**

                                                              **Darleen J. McFarlan**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Darleen J. McFarlan** _____   Case No. _____

_____   Chapter   **7** _____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Bank of New York** | **Describe Property Securing Debt:**<br>**Residence: 241 White Oak Drive, Naperville, IL** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt               ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Exterior Design Inc.** | **Describe Property Securing Debt:**<br>**Residence: 241 White Oak Drive, Naperville, IL** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt               ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                         Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**In Bank** | **Describe Property Securing Debt:**<br>**Residence: 241 White Oak Drive, Naperville, IL** |

Property will be (check one):
    ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**SST** | **Describe Property Securing Debt:**<br>**Vehicle:2006 GS 300 Lexus  (Vehicle has 50,000 miles and**<br>**has been in two accidents.  Value is per CarMax appraisal.)** |

Property will be (check one):
    ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES     ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September  3, 2009**                    Signature    **/s/ Darleen J. McFarlan**

**Darleen J. McFarlan**
Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darleen J. McFarlan**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,501.00** |
| Prior to the filing of this statement I have received | $ | **3,501.00** |
| Balance Due | $ | **0.00** |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September  3, 2009**

**/s/ Bradley S. Covey**
**Bradley S. Covey 6208786**
**Springer Brown Covey Gaertner & Davis, LLC**
**232 S. Batavia Ave.**
**Batavia, IL 60510**
**630-879-9559  Fax: 630-879-9394**
**bcovey@springerbrown.com**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
    I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Bradley S. Covey 6208786** | X **/s/ Bradley S. Covey** | **September  3, 2009** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**232 S. Batavia Ave.**
**Batavia, IL 60510**
**630-879-9559**
**bcovey@springerbrown.com**

### Certificate of Debtor
    I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Darleen J. McFarlan** | X **/s/ Darleen J. McFarlan** | **September  3, 2009** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

Case No. (if known) _____     X _____
                                                                          Signature of Joint Debtor (if any)        Date

# United States Bankruptcy Court
### Northern District of Illinois

In re   __Darleen J. McFarlan_____   Case No. _____

_____ Debtor(s)   Chapter   __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **254**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __September 3, 2009_____      __/s/ Darleen J. McFarlan_____
                                            **Darleen J. McFarlan**
                                            Signature of Debtor

4ECARD.COM, Inc.
666 Dundee Road, Suite 1607
Northbrook, IL 60062


Active Foam Products
4358 South Knox Ave
Chicago, IL 60632


AIS Network Corporation
1611 Colonial Parkway
Palatine, IL 60067


Allegra Print & Imaging
1163 E. Ogden Ave., Suite 505
Iroquois Center
Naperville, IL 60563


Ambella Home
2050 Stemmons Freeway
Suite 11080
Dallas, TX 75207


Architectural Digest
PO Box 59056
Boulder, CO 80322-9056


ARS
731 Distric Drive
Itasca, IL 60143


Art & Frame Direct
114723 Satellite
Orlando, FL 32837


Ashack & Daudish, PC
InBank Executive Offices
PO Box 526
Oak Forest, IL 60452-0526


AT & T
P.O. Box 8100
Aurora, IL 60507-8100

AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Atlanta Thread Supply Co.
695 Red Oak Road
Stockbridge, GA 30281


Bank of America
P.O. Box 37279
Baltimore, MD 21297-3279


Bank of America
PO Box 5270
Carol Stream, IL 60197-5270


Bank of New York
c/o The Wirbicki Law Group
33 W. Monroe St., Ste. 1140
Chicago, IL 60603


Bank of New York
110 White Clay Ctr.
Newark, DE 19713


Beacon Hill
Attn: Robert Allen
2660 Payshere Circle
Chicago, IL 60674


Beauti-Vue
Bristol Industry Plaza
Bristol, WI 53104


Belniak Media, Inc.
739 Roosevelt Road
Building 8, Suite 216
Glen Ellyn, IL 60137


Capital One
P.O. 85167
Richmond, VA 23285-5167

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 790216
Saint Louis, MO 63179-0216

Capital One
PO Box 34631
Seattle, WA 98124-1631

Capital One
Box 85015
Richmond, VA 23285-5015

Ce Ce Taylor
2480 West Branch Court
Naperville, IL 60565-5429

Charles K. Schultz & Associates
1639 N. 75th Ave
Elmwood Park, IL 60707

Chase
Box 15153
Wilmington, DE 19886-5153

Chase Bank One
Cardmember Service
PO Box 15153
Wilmington, DE 19886

Chef by Request
5100 Academy Drive
Lisle, IL 60532

Chelsea Frank Group
JEFFCO Furniture
5200 S. Main St.
Salisbury, NC 28147

Chicago Tribune Magazine
Chicago Tribune
14839 Collections Center Drive
Chicago, IL 60693


Classic Service Corp.
484 Treasure Drive
Oswego, IL 60543


Cleaning Detail
1919 S. Highland Ave.
Suite 137D
Lombard, IL 60148


Cox Manufacturing/
GE Capital Commerical Service
P.O. Box 890011
Charlotte, NC 28289-0011


CT Group
Commerical Travelers
Building 70, Genesse St.
Utica, NY 13502-3582


Darleen's


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

```
Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540
```

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

```
Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540
```

```
Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540
```

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

```
Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540
```

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

```
Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540
```

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540


Darleen's Interiors, Inc.
241 White Oak Drive
Naperville, IL 60540

Decision Systems Plus, Inc.
1011 E. Touhy
Suite 170
Des Plaines, IL 60018


Decorize, Inc.
P.O. Box 11176
Springfield, MO 65808-1176


DirecTV
P.O. Box 60036
Los Angeles, CA 90060-0036


DoFix
No*Sew USA
1947 Iron Way
Sanford, MI 48657-9232


Donna Zaharski
4450E. North Water Street
Apt. #1505
Chicago, IL 60611-5548


Dr. Eric Greenglass
9010 Enclave Drive
Willowbrook, IL 60527-6357


Eastern Legends
8855 Flower Road
Rancho Cucamonga, CA 91730


Exterior Design Inc.
817 72nd St.
Downers Grove, IL 60516


Fabricut
P.O. Box 470490
Tulsa, OK 74147-0490


Ferguson Copeland (Direct)
P.O. Box 60926
Charlotte, NC 28260-0926

Ferguson Copeland Ltd.
P.O. Box 60926
Charlotte, NC 28260-0926


Fifth Third Bank
P.O. Box 740789
CC 1821
Cincinnati, OH 45274-0789


Fifth Third Bank
P.O. Box 470789
CC 1813
Cincinnati, OH 45274-0789


Fine Arts Lamps
P.O. Box 918539
Orlando, FL 32891-8539


Fourrures Wolfie Furs Inc.
1435 Rue St. Alexandre Street
Suite 340
Montreal, Quebec


Fox River Commons Shopping Center
285 W. Dundee Road
Palatine, IL 60074


Fox River commons Shopping Center
see Schedule F


Furniture Medic by Griss Services
6399 Kindling Court
Lisle, IL 60532


Galaxy Design
193 E. Altadena Drive
Altadena, CA 91001


Great Glacier South, Inc.
P.O. Box 2546
Joliet, IL 60434

Greenspring Media Group
600 US Trust Building
730 Second Avenue S
Minneapolis, MN 55402


Groot Industries
P.O. Box 309
Elk Grove Village, IL 60009


Guardian
P.O. Box 95101
Chicago, IL 60694-5101


Habersham/CIT
P.O. Box 1036
Charlotte, NC 28201-1036


Harden Furniture
Mill Pond Way
Mc Connellsville, NY 13401-1844


Hekman
1400 Buchanan, S.W.
Grand Rapids, MI 49507-1683


Herme Mailing Service, Inc.
1603 Rock Creek Blvd.
Joliet, IL 60431


Home Depot
P.O. Box 4534
Carol Stream, IL 60197-4534


Hunzinger & Co.
6330 Belmont Road #2
Downers Grove, IL 60516


Illinois Dept. of Revenue
101 West Jefferson Street
PO Box 19015
Springfield, IL 62794-9015


In Bank
15533 S. Cicero Avenue
Oak Forest, IL 60452-3626

In Bank
c/o Ashack & Daudish, P.C.
PO Box 526
Oak Forest, IL 60452


Jesse White, Secretary of State, IL
Department of Business Services
501 2nd Street
Springfield, IL 62719


John Edmunds
1743 Atwood Cr.
Naperville, IL 60565


John Richard Collection, Inc.
306 Eastman
Greenwood, MS 38930


Kashmir Fabrics
10844 Indian Head Industrial Blvd
Saint Louis, MO 63132


Kitchen Design 2000, Inc.
84 Templeton Drive, Suite 101
Oswego, IL 60543


Kravet - Portfolio Textiles
P.O. Box 9000
Bethpage, NY 11714-9000


Kravet Fabric Inc.
225 Central Ave.
Bethpage, NY 11714-4990


LeBarge
2427 Penny Road
Suite 101
High Point, NC 27265


Leon's Fabrics, Inc.
2120 Warm Springs Road
Columbus, GA 31904

LUXE
3731 Fau Blvd
Boca Raton, FL 33431


LZ Products, Inc.
2121 West 21st Street
Chicago, IL 60608


Maitland Smith
2427 Penny Road
P.O. Box 2085
High Point, NC 27261


MDC Wallcoverings
8038 Solutions Center
Chicago, IL 60677-8000


MG Computer
4923 Main Street
Building 2
Downers Grove, IL 60515


Michael Lacy Lacy & Lacy Assoc.
2 MId America Plaza
Suite 1500
Oak Brook Plaza, IL 60181-4727


Minuteman Press
1577 Naperville/Wheaton Rd.
Naperville, IL 60563


MPS Partners, LLC
233 South Wacker Drive
#3500
Chicago, IL 60606


Muzak, LLC
P.O. Box 71070
Charlotte, NC 28272-1070


New Pros Communications
P.O. Box 740524
Cincinnati, OH 45274-0524

Newton Transportation Co.
P.O. Box 649
Hudson, NC 28638


NHFA
3910 Tinsley Drive
Suite 101
High Point, NC 27265-3610


Nicor Gas
P.O. Box 416
Aurora, IL 60568-0001


Nordstrom
Box 79134
Phoenix, AZ 85062


Ogden Rug Gallery
407 Ogden Avenue
Westmont, IL 60559


Oster Communications, LLC
Main Street Promenade
55 South Main Street, Suite 300
Naperville, IL 60540


Pamela Hidding
412 Ceasar Drive
Barrington, IL 60010-4045


Paul Robert
Branch Banking & Trust Company
P.O. Box 890011
Charlotte, NC 28289-0011


Platt Collections
11119 Rush Street
South El Monte, CA 91733


Prosource of Chicago
Trade Credit Service
P.O. Box 105525
Atlanta, GA 30348-5525

Rachel's Collection, Inc.
57 Denton Ave.
Garden City Park, NY 11040

Rich Sistos Photography
P.O. Box 703
Itasca, IL 60143-0703

Rise Public Relations LLC
641 S. Wesley Avenue
Oak Park, IL 60304

RM Coco
P.O. Box 1270
Cape Girardeau, MO 63702-1270

Robert Allen Fabric, Inc.
2660 Payshere Circle
Chicago, IL 60674

Ron Kopash
14701 S. Smith Road
Lockport, IL 60441-7474

Rowley Co., Inc.
P.O. Box 6010
Gastonia, NC 28056

Schaefer Greenhouses, Inc.
P.O. Box 1595
Aurora, IL 60507

Schumacher & Company
P.O. Box 931887
Atlanta, GA 31193-1887

Seabrook Wallcoverings, Inc.
P.O. Box 22597
Memphis, TN 38122

Shane's Office Supply
2717 Curtiss St
Downers Grove, IL 60515

Soft-Tex
P.O. Box 278
428 Hudson River Road
Waterford, NY 12188


SST
Box 219913
Kansas City, MO 64121


Steven F. Boucher


Stone Habitat
1712 North Aurora Road
Naperville, IL 60563


Suburban Chicago Newpapers
6965 Payshere Circle
Chicago, IL 60674


Susan Niven
PO Box 39
Lockport, IL 60441-0039


Terri Bardeson
61 Ogden Road
Ogden Dunes, IN 46368


Terry Maulsby
76451 Donwood Drive
Naperville, IL 60540-9556


The CIT Group/Commercial Service
11 West 42nd Street
New York, NY 10036-8002


The Wirbicki Law Group
33 West Monroe Street
Suite 1140
Chicago, IL 60603


Thybony Wallcoverings
3720 N. Kedzie Ave.
Chicago, IL 60618

Tim Mingus
3N943 Farmview
Elburn, IL 60119


TJ Maintenance
865 E. Lawrence Ave.
West Chicago, IL 60185


Tomlinson/Erwin-Lambeth, Inc.,
The CIT Group/BBC, Inc.
P.O. Box 1036
Charlotte, NC 28201


Trend
9303 East 46th Street
Tulsa, OK 74145


UPS - United Parsel Service
Lockbox 577
Carol Stream, IL 60132-0577


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002


WDS
N27 W23591 Paul Rd.
P.O. Box 697
Pewaukee, WI 53072-6097


West Suburban Living
775 Church Road
Elmhurst, IL 60126


WGN AM Radio 720
P.O. Box 98519
Chicago, IL 60693


York Wallcoverings
750 Linden Avenue
P.O. Box 5166
York, PA 17405